**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1205**

PAMELA MELVIN,

Plaintiff - Appellant,

v.

TRACY NAYLOR; GUARDIAN HART MEDICAL CARE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:14-cv-00486-BO)

Submitted: September 29, 2016        Decided: October 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Pamela Melvin, Appellant Pro Se. Ginger Bagley Hunsucker, CRANFILL, SUMNER & HARTZOG, LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pamela Melvin appeals the district court's various pretrial orders, final order dismissing her civil complaint, and a subsequent order denying her motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Melvin v. Naylor</u>, No. 5:14-cv-00486-BO (E.D.N.C. Nov. 13, 2015; Feb. 25, 2016). We grant Melvin's motion to exceed the length limitations for her informal reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2